**UNITED STATES DISTRICT COURT**
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: MJ 14-2221- Turnoff |
| Plaintiff ) | |
| ) | REPORT COMMENCING CRIMINAL |
| -vs- ) | ACTION |
| ) | |
| Kebreyana Jones ) | 04888-104 |
| Defendant | USMS NUMBER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   *MIAMI*   FT. LAUDERDALE   W.PALM BEACH
U.S. District Court            FT. PIERCE
(circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 2/21/14   6:05   *am*/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 1591 - Sex trafficking of a minor

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 09/12/1992

(6) Type of Charging Document: (check one)
[ ] Indictment   [✓] Complaint to be filed/already filed
Case# _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SDF

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 2/21/14   (9) Arresting Officer: _____

(10) Agency: FBI   (11) Phone: _____

(12) Comments: _____