

Mar 6, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20135-CR-HUCK/O'SULLIVAN

18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)(1), (b)(1) & (b)(2)
18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 1594(e)(1)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

DONNIEL LAVON KEYS,
    a/k/a "D," and
KEBREYANA JAMAI JONES,
    a/k/a "Kiki,"

            Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From in or around August 2013, the exact date being unknown to the Grand Jury, through on or about February 17, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**DONNIEL LAVON KEYS,**
a/k/a "D," and
**KEBREYANA JAMAI JONES,**
a/k/a "Kiki,"

did knowingly and willfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person,

that is, minor D.S., knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion would be used to cause D.S. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, that D.S. had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and (b)(2); all in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

From in or around August 2013, the exact date being unknown to the Grand Jury, through on or about February 17, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**DONNIEL LAVON KEYS,**
a/k/a "D," and
**KEBREYANA JAMAI JONES,**
a/k/a "Kiki,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, minor D.S., knowing, and in reckless disregard of the fact, that means of force, threats of force, and coercion would be used to cause D.S. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, that D.S. had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2) and 2.

2

## COUNT THREE

On or about January 24, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**DONNIEL LAVON KEYS,**
a/k/a "D," and
**KEBREYANA JAMAI JONES,**
a/k/a "Kiki,"

did knowingly employ, use, persuade, induce, entice and coerce a minor, that is, D.S., to engage in, and to assist another person to engage in, sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means or facility of interstate and foreign commerce, and such visual depiction having actually been transported and transmitted using any means of interstate or foreign commerce, in violation of Title 18, United States Code, Sections 2251(a), (e), and 2.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **DONNIEL LAVON KEYS** and **KEBREYANA JAMAI JONES**, have an interest.

2. Upon conviction of either of the violations alleged in Counts 1 and 2 of this Indictment, the defendant so convicted shall forfeit to the United States any property which the defendant used or intended to be used to commit or to facilitate such violation, and any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as

3

the result of any such violation, pursuant to Title 18, United States Code, Section 1594(e).

3. Upon conviction of the violation alleged in Count 3 of this Indictment, the defendant so convicted shall forfeit to the United States any matter containing any visual depiction of any minor engaged in sexually explicit conduct; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

4. The property subject to forfeiture includes, but is not limited to:

a. One (1) 2002 Honda Accord, Vehicle Identification Number (VIN) JHMCG668X2C014707, bearing Florida license plate number CCTQ59.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
SETH M. SCHLESSINGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

DONNIEL LAVON KEYS, et al.,

**Defendants.**

_____/

CASE NO.:_____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | | |
|---|---|---|---|
| New Defendant(s) | | Yes ___ | No  X |
| Number of New Defendants | | ___ | |
| Total number of counts | | ___ | |

**Court Division:** (Select One)

- X  Miami
- ___ FTL
- ___ FTP
- ___ Key West
- ___ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter:  (Yes or No)  No
   List language and/or dialect  _____
4. This case will take  __2-3__  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)

   - I.   0 to 5 days     X
   - II.  6 to 10 days    ___
   - III. 11 to 20 days   ___
   - IV.  21 to 60 days   ___
   - V.   61 days or over ___

   (Check only one)

   - Petty       ___
   - Minor       ___
   - Misdemeanor ___
   - Felony       X

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____   Case No.: _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  Yes
   If yes:
   Magistrate Case No.           14-MJ-02221-WCT
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   2/21/14
   Defendant(s) in state custody as of     _____
   Rule 20 from the District of            _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?
   ___ Yes    X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?
   ___ Yes    X  No

_____
SETH M. SCHLESSINGER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.: 064065

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: DONNIEL LAVON KEYS

**Case No**: _____

Count 1:

Conspiracy to Engage in Sex Trafficking of Minors, and by Force, Fraud and Coercion

Title 18, United States Code, Section 1594(c)

* **Max. Penalty**: Life Imprisonment
* **Min. Penalty**: None

Count 2:

Sex Trafficking of Minors, and by Force, Fraud and Coercion

Title 18, United States Code, Sections 1591(a)(1), (b)(1) & (b)(2)

* **Max. Penalty**: Life Imprisonment
* **Min. Penalty**: Fifteen (15) Years' Imprisonment

Count 3:

Production of Child Pornography

Title 18, United States Code, Sections 2251(a) & (e)

* **Max. Penalty**: Life Imprisonment
* **Min. Penalty**: Fifteen (15) Years' Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: KEBREYANA JAMAI JONES

**Case No**: _____

Count 1:

Conspiracy to Engage in Sex Trafficking of Minors, and by Force, Fraud and Coercion

Title 18, United States Code, Section 1594(c)

* **Max. Penalty**: Life Imprisonment
* **Min. Penalty**: None

Count 2:

Sex Trafficking of Minors, and by Force, Fraud and Coercion

Title 18, United States Code, Sections 1591(a)(1), (b)(1) & (b)(2)

* **Max. Penalty**: Life Imprisonment
* **Min. Penalty**: Fifteen (15) Years' Imprisonment

Count 3:

Production of Child Pornography

Title 18, United States Code, Sections 2251(a) & (e)

* **Max. Penalty**: Life Imprisonment
* **Min. Penalty**: Fifteen (15) Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.