UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20135-CR-HUCK

UNITED STATES OF AMERICA

vs.

KEBREYANA JAMAI JONES,
    a/k/a "Kiki,"

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America and the defendant, Kebreyana Jamai Jones, through counsel, hereby stipulate and agree that had this matter proceeded to trial, the Government would have proven the following facts, among others, beyond a reasonable doubt:

D.S. is a sixteen-year-old girl. In or around August 2013, D.S. met the defendant on Facebook. At that time, the defendant and others were working as prostitutes from the defendant's residence in the Country Walk area of southwestern Miami-Dade County. The defendant decided to pick up D.S. from a location near D.S.' residence in Miami Gardens, and transported D.S. to the defendant's Country Walk residence in the defendant's 2002 Honda Accord. While staying the defendant's residence, D.S. engaged in multiple prostitution dates. The defendant and others present in the residence encouraged and facilitated D.S.' prostitution dates in multiple ways, including (among other ways) by transporting D.S. to and from prostitution dates which occurred outside of the defendant's residence, posting advertisements offering D.S. for prostitution, and instructing D.S. on the amount that she should charge customers. After some time, the defendant decided that D.S. should no longer participate in the prostitution enterprise, and returned D.S. to a location in Broward indicated by D.S.

defendant employed means and facilities of interstate commerce, such as cellular telephones and the Internet, to cause D.S. to engage in a commercial sex act.

Date: 7/3/14

By: _____
SETH M. SCHLESSINGER
ASSISTANT UNITED STATES ATTORNEY

Date: 7/3/14

By: _____
STEWART ABRAMS
ATTORNEY FOR KEBREYANA JAMAI JONES

Date: 7-3-14

By: _____
KEBREYANA JAMAI JONES
DEFENDANT