UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  14-20135-Cr-HUCK

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

KEBREYANA JAMAI JONES,

      Defendant.

_____/

## DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant Kebreyana Jamai Jones,  through counsel and pursuant to U.S.S.G. § 6A1.2 and Administrative Order 95-2, does hereby submit her objections to the Presentence Investigation Report (PSI) which was prepared in connection with this case.

    1.    **The Offense Conduct, Paragraphs 23 - 25:**

Defendant respectfully requests that the mentioned paragraphs be sticken in their entirety.   The information which appears in these paragraphs was provided to the Government during a confidential debriefing in which Defendant was expressly advised that anything which she said would ***not*** be used against her in any criminal proceeding.   The Probation office confirms that the information contained in these paragraphs was provided in a supplemental investigative report from the FBI (which Defendant has not seen) dated July 2 or 3, 2014.   Defendant respectfully requests that these paragraphs be removed from her PSI.

**<u>Defendant's Request for Consideration of a Downward Variance</u>**

Defendant respectfully requests that this Court consider a downward variance from the applicable sentencing guideline range pursuant to 18 U.S.C. § 3553(a).   This section provides in part:    The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider - (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed - (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner ... .

In Defendant's case, the PSI is replete with information provided through medical records, Defendant's family members and from Defendant herself as to her long history of mental health issues and substance abuse.   Defendant's mother reports that Defendant has been Baker Act'ed 13 times and that these commitments were involuntary.  (PSI ¶ 70).  A history of Defendant's commitments appear in PSI ¶¶ 70 - 75.    There is a mental health history in the family.  (PSI ¶ 69).  Defendant has been in and out of approximate 18 mental heath treatment facilities since 2010.

Perhaps best descriptive of Defendant's mental health past appears in PSI ¶ 71 where Defendant spent approximately 5 months in the San Marcos Treatment Center in 2010. She was diagnosed with mood disorder, not otherwise specified; rule-out bipolar disorder; history of obsessive compulsive disorder; history of intermittent explosive disorder; premenstrual dysphoric disorder; and rule-out learning disorder. During this time in her life (when she was 17), there were reports of violence in the family home, suicide threats, and difficulty controlling aggressive impulses. The police were called to the family home on numerous instances. San Marcos reported that Defendant gradually began to exhibit moderate to significant improvements, with her ability to self-regulate her angry reactions. Consequently with time and proper treatment Defendant becomes someone other than the person who is committed involuntary, who is suicidal and who was aggressive toward family.

Defendant then notes the letter which she submitted to the Court which is incorporated into PSI ¶ 30. In her statement, Defendant provides a cogent, well-reasoned, intelligent apology to this Court for her conduct in this case. She recognizes the minor as "my victim" and describes her arrest in this case has having "saved [her] life". Additionally, Defendant has attempted to demonstrate the sincerity of her remorse as well as make amends for her actions by offering and providing assistance to the Government. Defendant will elaborate on this assistance at the appropriate time. Defendant anticipates that a motion will be filed by the Government on her behalf.

Defendant just turned 22 years old and, again, has a long mental health history. Defendant suggests that this history contributed to her participation in the offense by

affecting her ability to properly recognize the seriousness of her actions, just as they caused issues at home, suicide attempts and involuntary commitments.

Defendant recognizes that she will receive a sentence of incarceration for her offense. She asks that this Court couple this sentence with mental health counseling and treatment, the ability to go to school and perhaps learn a trade during this period.

Accordingly Defendant respectfully requests that PSI ¶¶ 23 - 25 be removed from her PSI and that this Court consider a variance from her advisory sentencing guideline range for the reasons cited herein.

Vanessa Johannes, the Assistant United States Attorney who is handling this matter for the Government, was unavailable to offer her support or opposition to Defendant's objections or variance request.

> MICHAEL CARUSO
> FEDERAL PUBLIC DEFENDER
>
> By:    */s/ Stewart G. Abrams*
> Stewart G. Abrams
> Assistant Federal Public Defender
> Florida Bar No.: 0371076
> 150 W. Flagler Street, Suite 1500
> Miami, Florida 33130-1556
> (305) 530-7000
> (305) 530-7120, Fax
> E-mail: stewart_abrams@FD.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 26, 2014, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record, either via transmission of Notices

of Electronic Filing generated by CM/ECF or in some other authorized manner for those

counsel or parties who are not authorized to receive electronically Notices of Electronic

Filing.


                                                  */s/ Stewart G. Abrams*
                                                  Stewart G. Abrams