UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20135-CR-HUCK

UNITED STATES OF AMERICA

vs.

**KEBREYANA JAMAI JONES,**
    a/k/a "Kiki,"

        **Defendant.**
_____/

GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO UNITED STATES SENTENCING GUIDELINES § 5K1.1

The United States of America, through the undersigned Assistant United States Attorney, hereby moves, pursuant to U.S.S.G. § 5K1.1, for a downward departure from the Sentencing Guidelines imprisonment range applicable to defendant Kebreyana Jamai Jones, in order to reflect her substantial assistance to the United States in the investigation and prosecution of others. In support of this motion, the government states as follows:

1.  On March 6, 2014 a federal grand jury returned an indictment charging Jones with one count of conspiracy to recruit, entice, harbor, transport, provide, obtain and maintain a person, that is, minor D.S., in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that means of force, threats of force, fraud and coercion would be used to cause D.S. to engage in a commercial sex act, and knowing and in reckless disregard of the fact that D.S. had not attained the age of eighteen years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1594; one count of recruiting, enticing, harboring, transporting, providing, obtaining and maintaining a person, that is, minor D.S., in and affecting interstate and foreign commerce, knowing and in reckless disregard of the

fact that means of force, threats of force, fraud and coercion would be used to cause D.S. to engage in a commercial sex act, and knowing and in reckless disregard of the fact that D.S. had not attained the age of eighteen years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and (b)(2); and one count of employing, using, persuading, inducing, enticing and coercing a minor, that is, D.S., to engage in, and to assist another person to engage in, sexually explicit conduct, for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using a means or facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e). See DE 12.

2.       Jones pled guilty to the sex-trafficking conspiracy count on July 3, 2014.   See DE 40.   Sentencing is currently set for October 29, 2014.   See DE 69.

3.       The defendant has rendered substantial assistance to the United States warranting a downward departure pursuant to U.S.S.G. § 5K1.1, the circumstances of which will be elaborated

at the defendant's sentencing hearing.

WHEREFORE, the United States of America respectfully moves this Court for a downward departure pursuant to U.S.S.G. § 5K1.1.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:  s/Seth Schlessinger
Seth M. Schlessinger
Assistant United States Attorney
Florida Bar No. 64065
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132-2111
Telephone: (305) 961-9260
Facsimile: (305) 536-4676

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 28, 2014, I filed the foregoing document with the Clerk of the Court, and served a copy upon all counsel of record, via CM/ECF.

s/Seth Schlessinger
Seth M. Schlessinger
Assistant United States Attorney